```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00145
   CARDEAN JENKINS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-7680

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/04/2007 and was confirmed 03/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG        .00           .00           .00
WASHINGTON MUTUAL          MORTGAGE ARRE        .00           .00           .00
SAXON MORTGAGE             CURRENT MORTG        .00           .00           .00
SAXON MORTGAGE             MORTGAGE ARRE        .00           .00           .00
CITY OF CHICAGO WATER DE   SECURED           112.64           .00         70.00
COOK COUNTY TREASURER      SECURED              .00           .00           .00
COOK COUNTY TREASURER      SECURED              .00           .00           .00
NATIONWIDE ACCEPTANCE~     SECURED VEHIC    5176.76        163.37        877.32
NATIONWIDE ACCEPTANCE~     UNSEC W/INTER NOT FILED           .00           .00
AT & T BANKRUPCTY          UNSEC W/INTER NOT FILED           .00           .00
CAPITAL ONE BANK           UNSEC W/INTER NOT FILED           .00           .00
CAPITAL ONE BANK           UNSEC W/INTER NOT FILED           .00           .00
CAPITAL ONE BANK           UNSEC W/INTER NOT FILED           .00           .00
CITIBANK USA               UNSEC W/INTER NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSEC W/INTER     250.00         10.22         21.26
ASPIRE                     UNSEC W/INTER    3083.94         88.79        262.27
DIRECTV                    UNSEC W/INTER NOT FILED           .00           .00
GE MONEY BANK              UNSEC W/INTER     862.19         35.21         73.32
GEMB/EXXONMOBIL            UNSEC W/INTER NOT FILED           .00           .00
VYRIDIAN REVENUE MANAGEM   UNSEC W/INTER NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     626.83         25.61         53.31
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     177.41          7.22         15.09
DEUTSCHE BANK NATIONAL T   NOTICE ONLY   NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,614.00                   1,614.00
TOM VAUGHN                 TRUSTEE                                       229.98
DEBTOR REFUND              REFUND                                        864.61

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            4,411.58

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 00145 CARDEAN JENKINS
```

```
PRIORITY                                                              .00
SECURED                                                            947.32
    INTEREST                                                       163.37
UNSECURED                                                          425.25
    INTEREST                                                       167.05
ADMINISTRATIVE                                                   1,614.00
TRUSTEE COMPENSATION                                               229.98
DEBTOR REFUND                                                      864.61
                                        ---------------    ---------------
TOTALS                                         4,411.58           4,411.58
```

  Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
    Dated: 12/27/07                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 00145 CARDEAN JENKINS